## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

|  |  |
|---|---|
| ROBERT JONES, as Executor de son Tort for the Pending Estate of KARL SEELANDT, Deceased, and as Executor de son Tort for the Pending Estate of MARY LOU SEELANDT, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC.<br><br>Defendant. | Case No.1:23-cv-00061-MW-HTC<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S FIRST AMENDED COMPLAINT

**COMES NOW** the Plaintiff, ROBERT JONES, as Executor de son Tort for the Pending Estates of KARL SEELANDT and MARY LOU SEELANDT, Deceased, and pursuant to Federal Rule of Civil Procedure 15(a), hereby files this Amended Complaint as a matter of right, and sues the Defendant, TESLA, INC., for the causes of action stated herein. In support thereof, Plaintiff states:

## SUMMARY OF THE ACTION

1.    This action arises out of the suffering and death caused to Karl Seelandt and Mary Lou Seelandt (collectively "Seelandt family") when their defective and

unreasonably dangerous 2015 Tesla Model S, VIN 5YJSA1E22FF101315 ("Subject Vehicle"), malfunctioned during reasonable and foreseeable use, causing the Seelandt family's deaths.

2.      Plaintiff sues TESLA, INC. for its role in designing, manufacturing, engineering, distributing, and supplying the Subject Vehicle in its defective condition and for otherwise causing the incident and the Seelandt family's horrific injuries, suffering, and death.

## BACKGROUND

3.      More than four years before the incident, on October 19, 2016, Tesla Motors proclaimed,

> i. We are excited to announce that, as of today, all Tesla vehicles produced in our factory – including Model 3 – will have the hardware needed for full self-driving capability at a safety level substantially greater than that of a human driver. Eight surround cameras provide 360-degree visibility around the car at up to 250 meters of range. Twelve updated ultrasonic sensors complement this vision, allowing for detection of both hard and soft objects at nearly twice the distance of the prior system. A forward-facing radar with enhanced processing provides additional data about the world on a redundant wavelength, capable of seeing through heavy rain, fog, dust and even the car ahead.

> ii. To make sense of all of this data, a new onboard computer with more than 40 times the computing power of the previous generation runs the new Tesla-developed neural net for vision, sonar and radar processing software. Together, this system provides

> a view of the world that a driver alone cannot access,
> seeing in every direction simultaneously and on
> wavelengths that go far beyond the human senses.[1]

4.      Even earlier, Tesla's CEO Elon Musk and Tesla blurred any distinction between the "Autopilot" features and the "full-self-driving" capabilities, exaggerating both far beyond their actual capabilities. In interviews with reporters later that day (October 19, 2016), Musk predicted, "we will be able to demonstrate a demonstration drive of our full autonomy all the way from LA to New York. So basically, from home in LA to let's say dropping you off in Times Square, NY, and then having the car parking itself by the end of next year (2017) without the need for a single touch including the charger."[2]

5.      Tesla also posted a video demonstrating Autopilot with the caption: "The person in the driver's seat is only there for legal reasons. He is not doing anything. The car is driving itself."[3]

6.      Further, Musk, stated in 2016, "In dense traffic situations, autonomy is really easy because you could just maintain a set distance from various cars, it's

---

[1]   *All Tesla Cars Being Produced Now Have Full Self-Driving Hardware*, TESLA MOTORS BLOG, Oct. 19, 2016, https://www.Tesla.com/blog/all-Tesla-cars-being-produced-now-have-full-self-driving-hardware; *see also*: "The basic news is that all Tesla vehicles exiting the factory have the hardware necessary for Level 5 Autonomy." - Elon Musk, Oct. 19, 2016 [ 00:00 - 00:13] https://www.youtube.com/watch?v=-vjGEEF_p5E.

[2]   *In a conference call with reporters:* "*Elon Musk Autopilot 2.0 Conference Call Transcript*, XAUTOWORLD Oct. 19, 2016, http://www.xautoworld.com/Tesla/transcript-elon-musk-autopilot-2-conference-call/ (last accessed Aug. 23, 2021).

[3]   See, https://www.tesla.com/autopilot

actually quite easy . . . Model S and Model X, at this point, I can drive autonomously with greater safety than a person. Right now."[4]

7.      Then in 2018, Musk announced that within months, "full-self-driving" features would be added to the vehicles through an online update in the vehicle software.[5]

8.      On April 12, 2019, Musk claimed, "I'd be shocked if it's not next year, at the latest, that having a human intervene will decrease safety."[6]

9.      On April 23, 2019, Musk said of Tesla's automation, "The key point of this is that any part of this could fail and the car would keep driving. So, you could have cameras fail, you could have power circuits fail, you could have one of the Tesla full self-driving computer chips fail, car keeps driving. The probability of this computer failing is substantially lower than someone losing consciousness. That's the key metric. At least an order of magnitude."[7]

10.      The Tesla website's Autopilot page states: "All you will need to do is get in and tell your car where to go. If you don't say anything, your car will look at your calendar and take you there as the assumed destination. Your Tesla will figure

---

[4]    Elon Musk [1:18:48-1:19:34] Elon Musk | Full interview | Code Conference 2016.

[5]    Fred Lambert, ***Tesla's version 9 software update is coming in August with first 'full self-driving features', says Elon Musk***, ELECTREK, June 10, 2018, https://electrek.co/2018/06/10/tesla-version-9-software-update-fully-self-driving-features-elon-musk/.

[6]    Lex Fridman, Interview: *Elon Musk: Tesla Autopilot | Lex Fridman Podcast #18*, at 21:27–24:26 Apr. 12, 2019, https://www.youtube.com/watch?v=dEv99vxKjVI&t=281s.

[7]    Elon Musk, *Tesla Autonomy Day 2019 - Full Self-Driving Autopilot - Complete Investor Conference Event*, at minute 8:30–8:54, Apr. 23, 2019, https://www.youtube.com/watch?v=-b041NXGPZ8.

out the optimal route, navigating urban streets, complex intersections and freeways."[8]

11.    One of the key differences between Tesla's development of its automated features and others in the automotive industry is Tesla's use of drivers in the field, its customers, to "train" the computer system to master the tasks necessary to safely negotiate the complex, largely unpredictable nature of driving a car in real-world traffic.[9] This means these automated features are being tested and developed by ordinary drivers in traffic situations and interacting with others who have in no way consented to participating in Tesla's testing process.[10]

12.    In reality, Tesla does not make a "Full Self-Driving" (FSD) vehicle and never has.[11] Though Tesla vehicles offer driver assistance, they are incapable of "driverless" operation. Tesla's claims and deliberate implications to the contrary are false. Tesla's descriptions of its various autonomous features have consistently evinced Tesla's desire is for its customers to believe that all Tesla vehicles have or will imminently gain autonomous systems enabling Tesla vehicles to operate without human involvement. Tesla deliberately blurs the distinction between

---

[8]    *See* Autopilot | Tesla: https://www.tesla.com/en_AE/autopilot/%3Fredirect%3Dno
[9]    *The state of self-driving cars*, CBS GOOD MORNING, Feb. 19, 2022  https://www.cbsnews.com/video/the-state-of-self-driving-cars/#x.
[10]   Elon Musk, *Tesla Autonomy Day 2019 - Full Self-Driving Autopilot - Complete Investor Conference Event*, at 2:13:18–2:13:32, Apr. 23, 2019, https://www.youtube.com/watch?v=Ucp0TTmvqOE&t=4453s.
[11]   *See, e.g.*, Andrew J. Hawkins, *Tesla privately admits Elon Musk has been exaggerating about 'full self-driving'*, VERGE, May 7, 2021,  https://www.theverge.com/2021/5/7/22424592/tesla-elon-musk-autopilot-dmv-fsd-exaggeration.

whether its automation system is merely a "driver assist" system or a fully autonomous system that does not require the driver's constant attention.[12]

13.     Several customers have sued Tesla for breaching its promise of a fully automated self-driving car and claim they have already paid for the feature.[13] Tesla privately acknowledged and has told California regulators that it was unlikely to offer fully autonomous features anytime in 2021.[14] Yet, Tesla has allowed many of its customers to access its Full Self-Driving system, even though Tesla has not been legally permitted to put autonomous vehicles on public roads.[15]

14.     One reason for Tesla's ambiguity as to the level of autonomy available in its vehicles is that without substantially more rigorous testing and development, Tesla cannot openly sell a vehicle that does not require the driver's constant attention.[16] Thus, Tesla has sought to convince its prospective and previous customers that Tesla vehicles have or will soon have the ability to drive themselves, while simultaneously telling regulators Tesla only sells vehicles that require constant driver attention (with the same driver assist features used by various other automakers).[17] According to Bryant Walker Smith, an associate professor in the

---

[12]   William H. Widen and Philip Koopman, *Do Tesla FSD Beta Releases Violate Public Road Testing Regulations?*, JURIST – Academic Commentary, Sept. 27, 2021, https://www.jurist.org/commentary/2021/09/william-widen-philip-koopman-autonomous-vehicles/.

[13]   *See*, Cade Metz, *Tesla Sells 'Full Self-Driving,' but What Is It Really?*, N.Y. TIMES, Aug. 23, 2021, https://www.nytimes.com/2021/08/20/technology/Tesla-full-self-driving-fsd.html.

[14]   *Id.*

[15]   Widen & Koopman, *supra* note 12.

[16]   *Id.*

[17]   *Id.*

Schools of Law and Engineering at the University of South Carolina, this raises the question, "If we can't trust Tesla when they say their vehicles are full self-driving, how can we trust the company when it says they are safe?"[18]

15.     Long before this tragic incident, advocates and federal agencies have repeatedly demanded the Federal Trade Commission act on Tesla's apparent false advertising of its automated driving systems.[19]

16.     The Society of Automotive Engineers (SAE) defines six levels of driving automation ranging from "0" to "5".[20] These levels describe the degree to which the human driver controls the vehicle.[21] SAE Level 0 refers to vehicles operated totally by the driver with minimal assistance from automated warning systems.[22] SAE Level 5, the highest level, describes a fully automated vehicle that can drive everywhere in all conditions without human intervention.[23] The highest level of any vehicle currently operating on public roads is SAE Level 2, which requires constant human attention and regular intervention.[24]

17.     While Tesla has hyped its vehicles' autonomous capabilities, the truth is, no Tesla vehicles exceed SAE Level 2 automation, meaning all Tesla vehicles

---

[18]  *Id.*
[19]  *See* Exhibit 2, 18 August 2021 Letter from the United States Senate to The Honorable Lina Khan, Chair, Federal Trade Commission.
[20]  Jennifer Shuttleworth, *SAE Standards News: J3016 automated-driving graphic update,* SAE INT'L, Jan. 7, 2019 https://www.sae.org/news/2019/01/sae-updates-j3016-automated-driving-graphic.
[21]  *Id.*
[22]  *Id.*
[23]  *Id.*
[24]  *Id.*

require constant driver attention and readiness to intervene at any second, even those designated as having a functional "Autopilot" or "Full Self-Driving" capacity. Tesla's repeated claims that its cars can drive themselves imply a level of automation that does not yet exist in any vehicle on the road today.

18.     This deception has not gone unnoticed. In 2018, the Center for Auto Safety and Consumer Watchdog wrote to then FTC Chairman Joseph Simons urging the FTC to investigate Tesla's deceptive and unfair practices in the advertising and marketing of Autopilot after two fatal crashes.[25] They renewed their request to the FTC in 2019 after more fatal crashes.[26]

19.     The National Highway Traffic Safety Administration (NHTSA) sent Musk a cease-and-desist letter in 2018 over his claims about Tesla vehicles' safety and asked the FTC to investigate the claims.[27]

20.     On August 13, 2021, NHTSA opened a formal investigation into Tesla's Autopilot feature after identifying eleven crashes with Autopilot engaged since 2018 that involved Tesla vehicles crashing at first responder sites.[28] NHTSA has also investigated this case. As part of their investigation of first responder

---

[25] *Id.* (citing Jason Levine and John Simpson to the Honorable Joseph Simons (May 23, 2018), https://www.autosafety.org/ftc_investigation_request_Tesla_autopilot/).

[26] *See* Exhibit 2 (citing Jason Levine and Adam Scow to the Honorable Joseph Simons (July 25, 2019), https://www.autosafety.org/center-for-auto-safety-and-consumer-watchdog-renew-their-call-for-the-ftc-and-state-attorneys-general-to-investigate-Tesla-for-deceptive-practices-after-another-autopilot-related-death/).

[27] *See* Exhibit 2 (citing Sean O'Kane, *Feds told Tesla to stop misleading the public about Model 3 safety*, VERGE, Aug. 7, 2019, https://www.theverge.com/2019/8/7/20758349/Tesla-model-3-safety-misleading-ftc-national-highway-traffic-administration-elon-musk.

[28] *See attached* Exhibit 1, National Highway Traffic Safety Administration [NHTSA] ODI Resume for Investigation number PE 21-020.

crashes, NHTSA requested Tesla to provide responses to various information requests [29] and Tesla has sought to conceal their responses from the public.[30]

21.    Despite the NHTSA investigation and mounting questions about the safety of Tesla's autonomous driving software and marketing, Tesla announced in September 2021 it would be expanding the availability of its Full Self-Driving feature. In response to this announcement, National Transportation Safety Board (NTSB) chair, Jennifer Homendy, said in an interview with the Wall Street Journal, "basic safety issues have to be addressed before they're then expanding it to other city streets." [31] Homendy called Tesla's decision to call its system "Full Self-Driving" "misleading and irresponsible." [32] Homendy pointed out that people pay more attention to marketing than to warnings buried in car manuals or on a company's website.[33] According to Homendy, "[Tesla] has clearly misled numerous people to misuse and abuse technology." [34]

22.    NHTSA also issued a Special Order Directed to Tesla, Inc., on October 12, 2021, ordering Tesla to produce various documents related to purported non-disclosure agreements between Tesla and its customers that prohibited or

---

[29]  *See attached* Exhibit 2, National Highway Traffic Safety Administration [NHTSA] Letter to Eddie Gates, Director, Field Quality, Tesla, Inc., August 31, 2021.
[30]  USDOT Memorandum dated October 22, 2021, PE-21-020 Public File.
[31]  Rebecca Elliott, *Elon Musk's Push to Expand Tesla's Driver Assistance to Cities Rankles a Top Safety Authority*, WALL ST. J. Sept. 19, 2021, https://www.wsj.com/articles/elon-musks-push-to-expand-teslas-driver-assistance-to-cities-rankles-a-top-safety-authority-11632043803?mod=hp_lead_pos3.
[32]  *Id*.
[33]  *Id*.
[34]  *Id*.

discouraged customers from sharing certain information relevant to the performance of FSD.[35]

23.    NHTSA has also recently ordered Tesla to recall more than 362,000 U.S. vehicles to update its Full Self-Driving (FSD) Beta software after U.S. regulators found the system did not adequately adhere to traffic safety laws and could cause crashes.[36]

24.    However, while this recall made international news, Tesla has been regularly sending out online "updates" of its automated features, as they did in late September 2021 when Tesla updated its vehicles' software to improve the detection of emergency vehicle lights in low light situations.

25.    Shortly thereafter, NHTSA formally reminded Tesla that "the Safety Act imposes an obligation on manufacturers of motor vehicles and motor vehicle equipment to initiate a recall by notifying NHTSA when they determine vehicles or equipment they produced contain defects related to motor vehicle safety or do not comply with an applicable motor vehicle safety standard." [37]  Given that Tesla has issued numerous updates to its autonomous driving systems over the last several years, any of these updates would more accurately be "recalls" if they were intended

---

[35]    *See attached* Exhibit 4, National Highway Traffic Safety Administration [NHTSA] Letter & Special Order Directed to Tesla, Inc., to Bill Berry, Vice President, Legal, Tesla, Inc. (Oct. 12, 2021).

[36]    See, e.g., David Shepardson, *Tesla Recalls 362,000 U.S. vehicles over Full Self-Driving software*, REUTERS, February 16, 2023 https://www.reuters.com/business/autos-transportation/tesla-recalls-362000-us-vehicles-over-full-self-driving-software-2023-02-16/.

[37]    Letter from Gregory Magno, Chief Vehicle Defects Division – D Office of Defects Investigation, NHTSA, to Eddie Gates, Director, Field Quality, Tesla, Inc., (October 12, 2021) INIM-PE21020-85573P.pdf

to make the vehicles safer.  Many of Tesla's relatively secret "updates" should have received the same international attention as the most recent one, and without that attention Tesla has been spared the damage to its reputation, and serious public and regulatory scrutiny, many such recalls would necessarily have entailed.

26.    Recently the California Department of Motor Vehicles accused Tesla of false advertising in its promotion of the company's signature Autopilot and Full Self-Driving technologies, stating that Tesla had "made or disseminated statements that are untrue or misleading, and not based on facts." [38]

27.    The problems with partially automated driver assist systems, such as traditional cruise control and Tesla's Autopilot,  have been known to the automotive industry for decades.[39] Drivers tend to "drift off" and lose what experts call "situational" or "contextual" awareness when the car is on cruise control.[40] Reaction time, especially in emergencies, substantially increases when cruise control and speed limiters are in use.[41] Reaction times rise further as the level of automation

---

[38]    Russ Mitchell, *California DMV accuses Tesla of falsely advertising Autopilot and Full Self-Driving features*, Los   Angeles Times, August 5, 2022. https://www.latimes.com/business/story/2022-08-05/dmv-false-advertising-tesla.

[39]    Endsley, M. R., & Kaber, D. B. (1999), *Level of automation effects on performance, situation awareness and workload in a dynamic control task*, 42 ERGONOMICS, 462–92; Kaber, D. B., & Endsley, M. R. (1997) *Out-of-the-loop performance problems and the use of intermediate levels of automation for improved control system functioning and safety*, 16 PROCESS SAFETY PROGRESS, 126–131; Stanton, N. A., Young, M., & McCaulder, B. (1997) *Drive-by- wire: The case of driver workload and reclaiming control with adaptive cruise control*, 27 SAFETY SCIENCE, 149–159; Stanton, N. A., & Young, M. S. (2005) *Driver behaviour with adaptive cruise control*, 48 ERGONOMICS, 1294–1313; Young, M. S., & Stanton, N. A. (2002) *Malleable attentional resources theory: A new explanation for the effects of mental underload on performance*, 44 HUMAN FACTORS, 365–375.

[40]    Id.

[41]    *See, e.g.*, *Cruise Control and Speed Limiters Impact Driver Vigilance,* VINCI AUTOROUTES FOUND. (July 12, 2013); Young, M. S., & Stanton, N. A., *Back to the future: Brake reaction times for manual and automated vehicles*, 50 ERGONOMICS, 46–58 (2007).

increases.[42] Trust in the automated system slows reaction times, and this trust is reinforced when automation performs relatively well,[43] as it apparently did for Mr. Hendrickson.[44]

28.     This trust, meticulously cultivated by Tesla and its spokespeople, creates dire risks when the automated system suddenly fails without warning.[45] This conundrum was extensively researched before Tesla ever made a car.[46] One study found that more than a third of drivers failed to regain control of their vehicle following an automation failure while using adaptive cruise control.[47]

29.     A driver who is driving manually without any automation must first see and recognize a sudden emergency.[48] This necessarily happens before the driver can begin any appropriate response to avoid the hazard.[49] Once the driver recognizes the potential hazard, the driver must decide the best action to take.[50] This might involve

---

[42]   Eriksson, A., & Stanton, N. A., *Takeover Time in Highly Automated Vehicles: Noncritical Transitions to and From Manual Control*, HUMAN FACTORS, June 2017, at 689–90.

[43]   Morando, Gershon, Mehler, and Reimer, *A model for naturalistic glance behavior around Tesla Autopilot disengagements*, ELSEVIER, ACCIDENT ANALYSIS & PREVENTION, Volume 161, Oct. 2021, 106384, https://www.sciencedirect.com/science/article/pii/S0001457521003791?via%3Dihub#.

[44]   *See, e.g.,* note 1, *supra.*

[45]   *Id.* At 690.

[46]   *Id.* (citing Desmond, P. A., Hancock, P. A., & Monette, J. L. *Fatigue and automation-induced impairments in simulated driving performance*, HUMAN PERFORMANCE (1998); *User Information, and Highway Design*, *1628*, 8–14; Molloy, R., & Parasuraman, R. (1996) *Monitoring an automated system for a single failure: Vigilance and task complexity effects*, 38 HUMAN FACTORS, 311–22; Stanton, N. A., Young, M., & McCaulder, B., *Drive-by-wire: The case of driver workload and reclaiming control with adaptive cruise control*, 27 SAFETY SCI., at 149–159 (1997); Stanton, N. A., Young, M. S., Walker, G. H., Turner, H., & Randle, S., *Automating the driver's control tasks*, 5 INT'L J. COGNITIVE ERGONOMICS, 221–36 (2001); Young, M. S., & Stanton, N. A., *supra* note 38.

[47]   Eriksson, A., & Stanton, N. A*., supra* note 42.

[48]   Zhang, Winter, Varotto, Happee, & Martens, *Determinants of take-over time from automated driving: A meta-analysis of 129 studies*, ELSEVIER, Transportation Research Part F, 285–307, 286 (2019).

[49]   *Id*.

[50]   *Id.*

multiple choices, such as whether to brake or accelerate; or whether to steer right or left; or, even to do nothing at all.[51] This process takes time and is in addition to the time it takes for the vehicle to respond once the driver decides which action to take and begins taking it.[52] Between the moment when the emergency registers in the driver's consciousness and when the driver reacts, the vehicle has continued on its path toward the hazard.[53] As the time it takes for a driver to notice and react to a hazard increases, the likelihood that the driver will fail to avoid or minimize the danger also increases.[54]

30.    This reaction time for a traditional manual system increases once an automated system becomes involved.[55] Drivers using adaptive cruise control, SAE Level 1, have longer brake reaction times than those driving without this automation.[56] These reaction times increase further for drivers with adaptive cruise control and assistive steering, SAE Level 2.[57] This additional delay can be critical.[58] That extra time allows the vehicle to travel farther without driver intervention than the unautomated SAE Level 0 car during these crucial moments.[59]

---

51    *Id.*
52    *Id.*
53    *Id.*
54    *Id.* at 298.
55    *Id.*; *see also* Young, M. S., & Stanton, N. A., *supra* note 38, at 46–58.
56    *Id.*
57    *Id.*
58    Willemsen, D., Stuiver, A., & Hogema, J. (2015, June) *Automated driving functions giving control back to the driver: A simulator study on driver state dependent strategies*. Paper presented at the 24th International Technical Conference on the Enhanced Safety of Vehicles, Gothenburg, Sweden.
59    Bogna Szyk, *Stopping Distance Calculator*, https://www.omnicalculator.com/physics/stopping-distance .

31.     If, as in Tesla's case, the driver is led to believe the automated system, which Tesla itself calls "Autopilot" and "Full Self-Driving", provides greater control than traditional automated cruise control or traffic aware systems, the driver can be lulled into behaving as though the vehicle is actually an SAE Level 3 autonomous system when in reality it is still only a Level 2.[60] Tesla knowingly and falsely fosters the understanding that Tesla vehicles are capable of identifying and safely negotiating hazardous situations that the car simply cannot.[61]

32.     This is particularly dangerous because it takes significantly longer for a driver to transition from Level 3 automated controls, even perceived ones, and regain situational awareness to react to road conditions, as compared to a driver using Level 2 automation.[62] Tesla, through its marketing and CEO's assurances, encourages its drivers to believe their Tesla vehicles will drive themselves, and this misconception is reinforced when the automated system performs relatively well in

---

[60]   T.W. Victor, E. Tivesten, P. Gustavsson, J. Johansson, F. Sangberg, M. Ljung Aust, *30 Automation expectation mismatch: Incorrect prediction despite eyes on threat and hands on wheel*, 60 HUMAN FACTORS, (8) (2018), at 1095–1116, 10.1177/0018720818788164 ("a key component of driver engagement is cognitive (understanding the need for action), rather than purely visual (looking at the threat), or having hands on wheel."); R. Lin, L. Ma, W. Zhang, *An interview study exploring tesla drivers' behavioural adaptation,* 72 APPLIED ERGONOMICS (2018), 37–47, 10.1016/j.apergo.2018.04.006.

[61]   *Is a self-driving car smarter than a seven-month-old?*, THE ECONOMIST, Science & Technology (Sept. 2, 2021 ed.),       https://www.economist.com/science-and-technology/is-it-smarter-than-a-seven-month-old/21804141 ("Autonomous vehicles are getting better, but they still don't understand the world in the way that a human being does. For a self-driving car, a bicycle that is momentarily hidden by a passing van is a bicycle that has ceased to exist."); *see also* E.R. Teoh, *What's in a name? drivers' perceptions of the use of five SAE level 2 driving automation systems*, 72 J. SAFETY RES., 134–51 (2020), 10.1016/j.jsr.2019.11.005.

[62]   M. Kuehn, Tobias Vogelpohl, M. Vollrath, *Takeover Times in Highly Automated Driving (Level 3)*, COMPUTER SCI.,       Paper       Number       17-0027,       25ESV-000027.pdf       (2017),       https://www-esv.nhtsa.dot.gov/Proceedings/25/25ESV-000027.pdf.   ("These reactions, which are required in order to understand the current traffic situation, are thus delayed by up to 5 seconds compared to the reactions of drivers in manual control in the same situation.")  .

normal, nonhazardous situations,[63]  as was the case for Mr. Hendrickson.[64] Thus, Tesla drivers can find themselves at greater risk than if they were using traditional cruise control or manual operations.[65]

33.    The problems with SAE Level 3 autonomy have been demonstrated by studies done by Waymo when it was tasked with developing an autonomous driving system for Google. In November 2017, John Krafcik, Waymo's CEO, said that five years earlier, he was developing assisted driving technology as a quick route to market.[66] As part of that development, Google's system would drive the vehicle on highways, then transfer responsibility back to a human on other roads or in circumstances beyond its programming [SAE Level 3 autonomous driving].[67] Krafcik admitted: "What we found was pretty scary. It's hard to take over because they [the drivers] have lost contextual awareness."[68] In a filmed experiment, Google's test drivers were seen playing with their phones and applying make-up at speeds up to 90km/h. One was even spotted napping at the wheel.[69] Not long after

---

[63]   B.D. Seppelt, T.W. Victor, *Potential solutions to human factors challenges in road vehicle automation*; G. Meyer, S. Beiker (Eds.), ROAD VEHICLE AUTOMATION 3, SPRINGER INT'L PUB'G, 131–48 (2016), 10.1007/978-3-319-40503-2_11; Victor et al., 2018, Teoh, 2020, Lin et al., 2018, Abraham et al., 2017)

[64]   *See, e.g., fn. 1, supra.*

[65]   B.D. Seppelt, B. Reimer, L. Russo, B. Mehler, J. Fisher, D. Friedman, *Consumer confusion with levels of vehicle automation*, 10TH INT'L DRIVING SYMP. ON HUMAN FACTORS IN DRIVER ASSESSMENT, TRAINING & VEHICLE DESIGN                                                                        (2019), https://www.safetylit.org/citations/index.php?fuseaction=citations.viewdetails&citationIds[]=citjournalarticle_621065_17  Google Scholar.

[66]   Derek Fung, *Napping driver leads Google to end level-three Autonomous development*, DRIVE, Nov. 9, 2017, https://www.drive.com.au/news/google-stopped-level-three-self-driving-rd-after-driver-napped-at-the-wheel/.

[67]   *Id.*

[68]   *Id.*

[69]   *Id.*

15

this test, management decided to focus solely on developing SAE Level 5 autonomous vehicle technology, which would require no active driver intervention.[70] The behavior of the Waymo drivers was consistent with that of Tesla Autopilot drivers interviewed in a 2018 study.[71]

34.     Speaking in a fireside chat at the National Governors Association meeting July 20, 2018, Krafcik told the group, "There are no autonomous systems available, zero on the road today. Anything you can buy on the road today is a driver assist system, that means the driver is completely responsible for the car and I think there is so much confusion on that."[72] Krafcik was referring to some of the issues caused by consumers believing that the assist systems currently on the market are more capable than they actually are, most notably Tesla's Autopilot.[73] John Krafcik publicly admitted that autonomous vehicles might never work in all locations.[74]

35.     In January 2021, Waymo stopped using the term "self-driving" because it is dangerously misleading. Waymo said in its blog, "Unfortunately, we see that some automakers use the term 'self-driving' in an inaccurate way, giving consumers and the general public a false impression of the capabilities of driver assist (not fully

---

[70]  *Id.*

[71]  R. Lin, L. Ma, W. Zhang, *An interview study exploring tesla drivers' behavioural adaptation*, 72 APPLIED ERGONOMICS, pp. 37–47 (2018), 10.1016/j.apergo.2018.04.006, ("Engagement in secondary tasks during partially automated driving was universal" among a group of 20 Tesla drivers with one to five months experience with Autopilot).

[72]  Sam Abuelsamid. *Transition to Autonomous Cars Will Take Longer Than You Think, Waymo CEO Tells Governors*, FORBES, July 20, 2018, https://www.forbes.com/sites/samabuelsamid/2018/07/20/waymo-ceo-tells-governors-av-time-will-be-longer-than-you-think/#277b432cd7da.

[73]  *Id.*

[74]  *Id.*

autonomous) technology. That false impression can lead someone to unknowingly take risks (like taking their hands off the steering wheel) that could jeopardize not only their own safety but the safety of people around them."[75]

36.    A recent study from the Massachusetts Institute of Technology (MIT) corroborates these findings.[76] This study provided a comprehensive analysis of glance behavior during transitions from Tesla's AutoPilot (AP) to manual driving in non-critical highway driving.[77] The study concluded that, "Changes in glance duration and pattern suggest a lower visual attention to the forward road when AP was engaged compared to after the disengagement to manual driving."[78]

## OTHER SIMILAR TESLA INCIDENTS INVOLVING AUTOPILOT

37.    Tesla was and remains aware of the inadequacies and defects with its Autopilot system. Tesla has received notice of numerous similar failures in vehicles on the road in which the system permitted a collision with an object while the Autopilot was engaged, many times leading to injuries and deaths.  Such events include, but are not limited to:

---

[75]  Andrew J. Hawkins, *Waymo says it's ditching the term 'self-driving' in dig at Tesla*, VERGE, Jan 6, 2021, https://www.theverge.com/2021/1/6/22216848/waymo-change-self-driving-autonomous-language-tesla (emphasis added).

[76]  Morando, Gershon, Mehler, and Reimer, *A model for naturalistic glance behavior around Tesla Autopilot disengagements*, ELSEVIER, ACCIDENT ANALYSIS & PREVENTION, Volume 161, Oct. 2021, 106384, https://www.sciencedirect.com/science/article/pii/S0001457521003791?via%3Dihub#.

[77]  *Id*.

[78]  *Id*.

a. The January 20, 2016, crash of a Tesla Model S near Handan, China where the vehicle struck a street cleaning truck;[79]

b. the May 7, 2016, crash of a Tesla Model S near Williston, Florida where the vehicle hit a semi-Trailer Truck turning across the lane in front of it;[80]

c. the August 5, 2016, crash of a Tesla Model S into a car in China;[81]

d. the July 10, 2016, crash of a Tesla Model X in Montana that suddenly veered into highway barriers and crashed,[82]

e. the January 29, 2017, crash of a Tesla Model X into a guardrail and tree in China;[83]

f. the March 2, 2017, crash of a Tesla Model S in Dallas County, Texas where the vehicle struck lane barriers on a highway;[84]

g. the March 7, 2017, crash of a Tesla Model X into a van in China;[85]

h. the December 13, 2017, collision in which a Tesla Model X on Autopilot suddenly accelerated into the vehicle in front of it,[86]

---

[79] Neal E. Boudette, *Autopilot Cited in Death of Chinese Tesla Driver*, N.Y. TIMES, Sept. 14, 2016, https://www.nytimes.com/2016/09/15/business/fatal-Tesla-crash-in-china-involved-autopilot-government-tv-says.html.

[80] Danny Yadron and Dan Tynan, *Tesla driver dies in first fatal crash while using autopilot mode*, GUARDIAN, June 30, 2016. https://www.theguardian.com/technology/2016/jun/30/Tesla-autopilot-death-self-driving-car-elon-musk.

[81] Tycho de Feijter, *"First Tesla Autopilot Crash In China,"* CARNEWSCHINA.COM, Aug. 5, 2016. https://carnewschina.com/2016/08/05/first-tesla-autopilot-crash-in-china/.

[82] Fred Lambert, *Tesla Autopilot crash in Montana: Drivers reveals new details and claims a 'cover up' by Tesla*, ELECTREK, July 22, 2016, https://electrek.co/2016/07/22/tesla-autopilot-model-x-crash-montana-coverup/.

[83] W.E. Ning, *"Tesla Model X Crashes Into A Tree In China, Penetrated By Guardrail,"* CARNEWSCHINA.COM, Mar. 27, 2017, https://carnewschina.com/2017/03/27/tesla-model-x-crashes-into-a-tree-in-china-penetrated-by-guardrail/.

[84] Fred Lambert, *Tesla Autopilot crash caught on dashcam shows how not to use the system*, ELECTREK, Mar. 2, 2017 https://electrek.co/2017/03/02/Tesla-autopilot-crash-video-how-note-to-use/.

[85] Joey Wang, *Tesla Model X Hits Van In China, Autopilot Blamed*, CARNEWSCHINA.COM, Mar. 9, 2017, https://carnewschina.com/2017/03/09/tesla-model-x-hits-van-in-china-autopilot-blamed/.

[86] https://www.plainsite.org/dockets/3hd2fpwvp/supreme-court-of-the-state-of-new-york-nassau-county/wang-jing-vs-tesla-inc/.

i.   the January 22, 2018, a Tesla Model S on Autopilot failed to brake and crashed into the back of a firetruck in Culver City, California.[87]

j.   the March 23, 2018, crash of a Tesla Model X near Mountain View, California where the Tesla hit a barrier divider;[88]

k.   the April 29, 2018, crash of a Tesla Model X near Tokyo, Japan where the Tesla hit a pedestrian and a vehicle in front of it on a highway;[89]

l.   the May 11, 2018, crash of a Tesla Model S which slammed into a stopped fire truck at 60 mph while on autopilot near Salt Lake City, Utah;[90]

m.  the May 25, 2018, crash of a Tesla Model 3 while on autopilot in Greece;[91]

n.   the May 29, 2018, crash of an unknown Model Tesla into a stationary police car while on autopilot in California;[92]

o.   the October 12, 2018, crash of a Tesla Model S near Orlando, Florida where the Tesla hit a vehicle in front of it on a highway;[93]

p.   the January 30, 2019, crash of a Tesla Model X in Holland when the driver using an "Autosteer System" did not look forward for a few

---

[87]  Fred Lambert, *Tesla Vehicle reportedly on Autopilot crashes into fire truck at 65 mph, no injury,* ELECTREK, Jan. 22, 2018, https://electrek.co/2018/01/22/tesla-model-s-autopilot-crash-fire-truck/ .

[88]  Mark Osborne, *Tesla car was on autopilot prior to fatal crash in California, company says,* ABC NEWS, Mar. 30, 2018. https://abcnews.go.com/US/Tesla-car-autopilot-prior-fatal-crash-california-company/story?id=54142891.

[89]  Brad Anderson, *Tesla Autopilot Blamed On Fatal Japanese Model X Crash,* CARSCOOPS, Apr. 30, 2020. https://www.carscoops.com/2020/04/Tesla-autopilot-blamed-on-fatal-japanese-model-x-crash/.

[90]  Marco della Cava, *Tesla driver in Utah crash kept taker her hands off wheel as car sped in Autopilot mode,* USA TODAY, May 16, 2018, https://www.usatoday.com/story/tech/talkingtech/2018/05/16/nhtsa-looking-into-Tesla-crash-utah/617168002/.

[91]  Fred Lambert, *Tesla Model 3 unofficial road trip ends in crash, driver blames Autopilot*, ELECTREK, May 25, 2018, https://electrek.co/2018/05/25/tesla-model-3-unofficial-road-trip-crash-driver-blames-autopilot/.

[92]  Olivia Solon, *Tesla that crashed into police car was in 'autopilot' mode, California official says*, GUARDIAN, May 29, 2018, https://www.theguardian.com/technology/2018/may/29/tesla-crash-autopilot-california-police-car.

[93]  Gal Tziperman, *Winter Garden man suing Tesla for autonomous driving crash*, ORLANDO SENTINEL, Oct. 30, 2018, https://www.orlandosentinel.com/news/breaking-news/os-ne-Tesla-autopilot-lawsuit-autonomous-driving-20181030-story.html.

seconds, did not pay attention to the road and passed the double solid line.[94]

q. the February 10, 2019, crash of a Tesla Model X in North Brunswick, New Jersey, in which the car on Autopilot reportedly steered itself into a highway sign and a field while the driver tried to steer the car into the lane of traffic,[95]

r. the March 1, 2019, crash of a Tesla Model 3 near Delray Beach, Florida where the vehicle hit a semi-Trailer Truck turning across the lane in front of it;[96]

s. the April 25, 2019, crash of a Tesla Model S which blew through an intersection and killed a pedestrian in the Florida Keys;[97]

t. the July 6, 2019, crash of a Tesla Model S in Arcadia, California, when the vehicle's Autopilot suddenly malfunctioned and caused the vehicle to swerve into the median, causing serious injuries to the driver;[98]

u. the July 17, 2019, crash of a Tesla Model 3 into a wall while on Autopilot in California,[99]

v. the August 9, 2019, crash of a Tesla Model S into a tow truck in Russia while on Autopilot;[100]

w. the August 24, 2019, crash in California involving a Ford pickup that was struck from behind by a Tesla Model 3 that was traveling about 60

---

[94] *Guilt in traffic*, EAST BRABANT DISTRICT COURT, March 3, 2019. https://linkeddata.overheid.nl/front/portal/document-viewer?ext-id=ECLI:NL:RBOBR:2019:5057.

[95] Carly Baldwin, *Self-Driving Tesla Crashes On Rt. 1 In North Brunswick: Police,* PATCH**,** Feb. 12, 2019, https://patch.com/new-jersey/eastbrunswick/self-driving-tesla-crashes-rt-1-north-brunswick-police.

[96] Fred Lambert, *Tesla Model 3 driver again dies in crash with trailer, Autopilot not yet ruled out,* ELECTREK, Mar. 1, 2019,  https://electrek.co/2019/03/01/Tesla-driver-crash-truck-trailer-autopilot/.

[97] David Shepardson and Hyunjoo Jin, U.S. probing fatal Tesla crash that killed pedestrian, REUTERS, September 3, 2021, https://www.reuters.com/business/autos-transportation/us-probing-fatal-tesla-crash-that-killed-pedestrian-2021-09-03/

[98] *Hsu v. Tesla, Inc.*, No. 20STCV18473, SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES, filed May 14, 2020.

[99] https://www.plainsite.org/dockets/41pi138xj/superior-court-of-california-county-of-los-angeles/leila-manshadi-v-tesla-inc-a-delaware-corporation-d/b/a-tesla-motors-inc/

[100] *3 injured as Tesla goes up in flames & explodes on Moscow freeway*, RT.COM, Aug. 11, 2019, https://www.rt.com/russia/466247-tesla-blast-moscow-injured/.

mph on Autopilot. Neither the autopilot nor the driver slowed the vehicle until a fraction of a second before the crash.;[101]

x. the September 17, 2019, crash involving an unknown Tesla Model that drove into oncoming traffic in Florida while Autopilot was alleged;[102]

y. the November 19, 2019, crash in which a Tesla Model S crashed into the rear of a stopped Infiniti in New York,[103]

z. the December 7, 2019, crash of a Tesla Model 3 into a parked State Police car while on Autopilot in Connecticut;[104]

aa. the December 29, 2019, crash of a Tesla Model S that failed to stop at a red light while the driver was using Autopilot and collided with a Honda in the intersection, killing the two occupants of the Honda;[105]

bb. the December 29, 2019, crash of a Tesla Model 3 into a parked fire truck in Indiana, killing the passenger, Jana Monet.[106]

cc. the December 30, 2019, crash of a Tesla Model 3 into a stopped police car in Massachusetts;[107]

dd. the May 4, 2020, crash of a Tesla Model S when the driver had the car steering on when he hit and killed a trailer driver in Norway;[108]

---

[101] Neal E. Boudette, *Tesla says Autopilot Makes Its Cares Safer. Crash Victims Say It Kills,* N.Y. TIMES, July 5, 2021, https://www.nytimes.com/2021/07/05/business/Tesla-autopilot-lawsuits-safety.html.

[102] Cristobal Reyes, *Woman killed in Osceola County crash while trying to pass traffic, FHP says*, ORLANDO SENTINEL, Sept. 17, 2019, https://www.orlandosentinel.com/news/osceola-county/os-ne-osceola-polk-line-road-fatal-crash-20190918-m5hgbty6l5csfe2qo3mlmxr7sa-story.html.

[103] https://www.plainsite.org/dockets/4ao0s2kkd/supreme-court-of-the-state-of-new-york-nassau-county/matthew-ballen-v-tesla-inc/

[104] Alfred Branch, *Tesla In 'Auto Pilot' Plows Into State Police Cruiser in Norwalk*, PATCH, December 7, 2019, https://patch.com/connecticut/norwalk/tesla-auto-pilot-plows-state-police-cruiser-norwalk   Last accessed  6 September 2021.

[105] Ryan Beene, *Fatal Tesla crash in Gardena being investigated by NHTSA*, L.A. TIMES, Dec. 31, 2019, https://www.latimes.com/business/story/2019-12-31/fatal-tesla-crash-nhtsa-gardena-los-angeles .

[106] *Arizona woman dies after her Tesla crashes into fire truck on Indiana freeway,* 12 NEWS, Dec. 29, 2019, https://www.12news.com/article/news/local/arizona/arizona-woman-dies-after-her-car-crashes-into-fire-truck-on-indiana-freeway/75-349be661-18ff-452d-a0e0-e438b2e1f8e7, Last accessed 23 January 2022.

[107] *2 Drivers Cited After State Police Cruisers Hit On Route 24, Mass Pike*, CBS BOSTON, Dec. 31, 2019, https://boston.cbslocal.com/2019/12/31/massachusetts-state-police-cruisers-hit-crashes-mass-pike-warren-route-24-west-bridgewater/.

[108] Geir Roed, *Tesla on auto-steering when man was cut down,* MOTOR, Dec. 18, 2020, https://motor.no/autopilot-nyheter-Tesla/Tesla-pa-auto-styring-da-mann-ble-meid-ned/188623.

ee. the May 31, 2020, crash of a Tesla Model 3 that drove into an overturned semi trailer;[109]

ff. the June 21, 2020, crash of a Tesla Model 3 when the Tesla veered into the other lane, and crashed into an oncoming car in Germany;[110]

gg. the July 14, 2020, crash of a Tesla Model S that drove into an Arizona police SUV, which was then pushed into an ambulance;[111]

hh. the August 12, 2020, crash of a Tesla Model 3 that rear-ended a Sienna minivan repeatedly, causing the minivan to spin out of control in Saratoga, California. The Tesla continued traveling down the freeway off-ramp, striking a pickup at an intersection before winding up on the off-ramp embankment and catching fire, killing both occupants;[112]

ii. the August 26, 2020, crash of an unidentified Tesla Model into a North Carolina police car while the driver was watching a movie and the vehicle was on Autopilot;[113]

jj. the December 10, 2020, crash of a Tesla Model X into apartment garage wall in Seoul, South Korea. The vehicle ignited, killed a passenger and injured 2 others; firefighters couldn't open the door to extract the passenger because electronic door lock system was inoperable due to fire;[114]

---

[109] Fred Lambert, *Video of Tesla Model 3 crashing into a truck on Autopilot goes viral*, ELETRECK, June 1, 2020, https://electrek.co/2020/06/01/tesla-model-3-crashing-truck-autopilot-video-viral/.

[110] *Update: Fatal accident on S255: Investigation against Tesla driver for negligent homicide,* FREIE PRESSE, June 22, 2020  https://www.freiepresse.de/drei-tote-bei-unfall-auf-autobahnzubringer-bei-aue-artikel10894951.

[111] Ethan Baron, *Tesla on 'Autopilot' hits police vehicle which hits ambulance, driver possibly drunk: police,* BAY AREA NEWS GROUP, July 14, 2020.  https://www.mercurynews.com/2020/07/14/tesla-on-autopilot-hits-police-vehicle-which-hits-ambulance-driver-possibly-drunk-police/.

[112] *David Brown Killed in Fiery Crash on Highway 85 [Saratoga, CA],* SWEETJAMES.COM, Aug. 12, 2020 https://sweetjames.com/2020/08/17/david-brown-killed-fiery-crash-highway-85-saratoga-ca/.

[113] Simone Jasper, *Tesla driver crashes into cop car while watching movie on autopilot, NC officials say*, NEWS & OBSERVER, Aug. 26, 2020, https://www.newsobserver.com/news/state/north-carolina/article245267595.html.

[114] Kim Min-Joong, *Police ramp up investigation into fatal conflagration of Tesla Model X,* KOREA JOONGANG DAILY,                         Dec.                         24,                         2020 https://koreajoongangdaily.joins.com/2020/12/24/business/industry/Tesla/20201224184400725.html.

kk. the February 27, 2021, crash of a 2019 Tesla into four vehicles including police cars in Texas;[115]

ll. the March 17, 2021, crash of a Tesla Model 3 into a stopped police car in Michigan;[116]

mm.     the April 17, 2021, crash of a Tesla Model S which was traveling along a curve at a high rate of speed before crashing into a tree in the Woodlands near Houston, Texas;[117]

nn. the May 19, 2021, incident, where a Tesla crashed into a Road Ranger in Florida;[118]

oo. the July 10, 2021, incident, where a Tesla on autopilot crashed into a California Highway Patrol vehicle;[119]

pp. the July 19, 2021, crash of a Tesla Model 3 that backed into a parking spot and was supposed to pull forward on its own and veer to the right, but instead, it unexpectedly went left in Fresno, California;[120]

qq. the July 25, 2021, crash of a Tesla Model X which was in a 25 mph speed zone and came across a fork in the road. The vehicle kept going straight, entered gravel and smashed into a boulder. The driver said that park rangers told him that four other Tesla vehicles crashed at the same exact spot in Yosemite.[121]

---

[115] Jose Gonzalez, *Montgomery County deputies evade serious injury in Tesla crash*, COURIER, Mar. 2, 2021, https://www.yourconroenews.com/neighborhood/moco/news/article/Montgomery-County-deputies-evade-serious-injury-15992663.php.

[116] Associated Press, *Tesla on autopilot crashes into Michigan trooper's patrol car*, DETROIT FREE PRESS, Mar. 17, 2021, https://www.freep.com/story/news/local/michigan/2021/03/17/tesla-autopilot-crash-michigan-state-police-patrol-car/4731376001/.

[117] Lucas Manfredi, *Deadly Texas crash involving Tesla worth $80,000 sparks 4-hour fire,* FOX BUS., Apr. 18, 2021 https://www.foxbusiness.com/lifestyle/two-killed-in-driverless-Tesla-crash.

[118] Amanda Batchelor, *3 injured after Tesla collides with road ranger truck on I-95*; LOCAL 10 NEWS, May 19, 2021, https://www.local10.com/news/local/2021/05/19/3-injured-after-tesla-collides-with-road-ranger-truck-on-i-95/.

[119] *Woman Suspected of DUI Arrested After Crashing into CHP Vehicle on SR-56*, TIMES OF SAN DIEGO, July 10, 2021, https://timesofsandiego.com/crime/2021/07/10/woman-suspected-of-dui-arrested-after-crashing-into-chp-vehicle-on-sr-56/.

[120] Shelby Bracho, *Man's Tesla crashes into pole using 'smart summon' valet feature,* FOX 26 NEWS, July 25, 2021, https://kmph.com/news/local/mans-Tesla-crashes-into-pole-using-smart-summon-valet-feature.

[121] u/BBFLG, *5 Tesla Accidents in Same Location in Yosemite,* REDDIT, Aug. 3, 2021 https://www.reddit.com/r/SelfDrivingCars/comments/oxhbit/5_Tesla_accidents_in_same_location_in_yosemite/.

rr. the July 26, 2021, crash of a Tesla Model Y that struck and killed a man who was changing his tire by the side of the road in New York;[122]

ss. the August 28, 2021, crash of a Tesla Model 3 into a parked police car in Florida while on Autopilot;[123]

tt. the September 16, 2021, incident involving an unidentified Tesla Model in which a woman apparently passed out and was being followed by California Highway Patrol;[124]

uu.the October 15, 2021, crash of a Tesla Model 3 in Indiana in which the vehicle hydroplaned while on Autopilot and the car caught fire after running off the road;[125]

vv.a February 2, 2022, crash of a Tesla Model Y into a traffic barrier in downtown San Jose, California, with the car on Full Self Driving;[126]

ww.    a March 7, 2022, crash of a Tesla vehicle on Autopilot which slammed into the back of a road maintenance vehicle and blocked the outer lane of a freeway; a BMW sedan then crashed into and killed a road maintenance worker who was setting up warning cones at the scene;[127]

---

[122]  Tom Krisher, *Feds probe NY Tesla crash that killed man changing flat tire*, AP NEWS, Sept. 3, 2021, https://apnews.com/article/technology-business-6127ae797c528ca1d5322efc43439a12.

[123]  Lora Kolodny, *A Tesla Model 3 hit a parked police car in Orlando, driver said she was 'in Autopilot'*, CNBC, Aug. 28, 2021, https://www.cnbc.com/2021/08/28/tesla-model-3-hit-a-parked-police-car-in-orlando-driver-said-she-was-in-autopilot.html.

[124]  Christiane Cordero, *Audio captures moments CHP stopped apparently passed-out driver of Tesla on Autopilot in Glendale*, EYEWITNESS NEWS ABC, Sept. 17, 2021, https://abc7.com/tesla-autopilot-passed-out-driver-glendale-los-angeles/11028280/.

[125]  The Tesla Mex, *Tesla Model 3 on Fire filmed with iPhone 13 Pro Max after Hydroplaning accident*, Nov. 21, 2021, https://www.youtube.com/watch?v=DsxlHJx41lE.

[126]  Fred Lambert, *Tesla Full Self-Driving Beta runs into a pole in what could be the first FSD accident caught on video*, ELECTREK, Feb. 5, 2022. https://electrek.co/2022/02/04/tesla-full-self-driving-beta-crash-video/.

[127]  Phillip Charlier, *Tesla on Autopilot involved in fatal freeway crash*, TAIWAN ENGLISH NEWS, March 8, 2022. https://taiwanenglishnews.com/tesla-on-autopilot-involved-in-fatal-freeway-crash/.

xx. a July 7, 2022, crash of a Tesla vehicle on Autopilot that collided with a motorcycle on State Route 91 in Riverside, California, killing the motorcyclist;[128]

yy. a July 24, 2022, crash of a Tesla vehicle on Autopilot that collided with a motorcycle on Interstate 15 near Draper, Utah, killing the motorcyclist.[129]

zz. an August 12, 2022, crash of a Tesla Model S that smashed into a guard rail while on Full Self Driving.[130]

aaa.     an August 26, 2022, crash involving a Tesla that drove into a motorcycle while on Autopilot in Palm Beach County, Florida, killing the motorcyclist.[131]

bbb.     a November 24, 2022, crash involving a Tesla suspected of being on Autopilot that unexpectedly stopped on the Bay Bridge in the San Francisco Bay Area.[132]

ccc.     a December 28, 2022, incident involving a Tesla on Autopilot in Germany in which the driver had rigged the steering wheel so that Autopilot would continue to function while the driver was asleep.[133]

---

[128] Tom Krishner, *US agency probes Tesla crashes that killed 2 motorcyclists,* ASSOCIATED PRESS, August 5, 2022. https://apnews.com/article/technology-12ba38bd863e2b128a8e2914179049e0
[129] *Id*.
[130] Florin Amarlei, *Tesla Model S Unexpectedly Swerves Left and Crashes, the Owner Says It's FSD's Fault*, AUTOEVOLUTION, August 25, 2022, https://www.dropbox.com/sh/wlpcslque12d6jv/AADjzuTXXfWYiI3Glb_LzaJba?dl=0&preview=Tesla+Model+S+Unexpectedly+Swerves+Left+and+Crashes%2C+the+Owner+Says+It%27s+FSD%27s+Fault+-+autoevolution.pdf
[131] Matt Mcfarland, Tesla Autopilot's safety question after latest fatal motorcycle crash, CNN Business, October 17, 2022, https://www.cnn.com/2022/10/17/business/tesla-motorcycle-crashes-autopilot/index.html
[132] Tom Krisher, US Probing Automated Driving System Use in Tesla Crash on Bay Bridge, NBCBAYAREA.COM, December 22, 2022 https://www.nbcbayarea.com/news/local/investigation-automated-driving-system-tesla-crash-bay-bridge/3112247/
[133] Gustavo Henrique Ruffo, Police Stop Tesla Driver Who Slept on an Autobahn at 68 MPH on Autopilot, AUTOEVOLUTION, December 30, 2022 https://www.autoevolution.com/news/police-stop-tesla-driver-who-slept-on-an-autobahn-at-684-mph-on-autopilot-207437.html

25

## TESLA'S LACK OF EFFECTIVE AUTOMATIC EMERGENCY BRAKING (AEB) SYSTEM

38.     All Tesla vehicles, including the Subject Vehicle, utilize a regenerative braking system.  The brakes are controlled by one or more computers in the vehicle that can activate and deactivate them, whether or not the driver is pressing on the brake pedal.

39.     Another defect that was a contributing cause to this crash is the lack of an *effective* Automatic Emergency Braking (AEB) system to perform as anticipated by the ordinary consumer.[134] According to Musk in 2014, "So we're able to obviously do lane keeping on freeways, do Automatic Cruise Control, **Active Emergency Braking so that it will brake if it sees any object that you are going to collide with,** it'll self-park, automatic parallel parking, automatically go into a garage . . . in fact, when you get home you'll actually be able to just step out of the car and have it park itself in your garage. Including, it'll open the door, and it'll go in and park itself."[135]

40.     Yet, despite the fact that the Subject Vehicle was marketed and sold as a state-of-the-art vehicle, multiple other manufacturers, including makers of much

---

[134] Russ Mitchell, *A Tesla mystery: Why didn't auto-braking stop these crashes?,* L.A. TIMES, Oct. 7, 2021, https://www.latimes.com/business/story/2021-10-07/why-arent-automatic-braking-systems-stopping-deadly-tesla-crashes

[135] Elon Musk, *Tesla Unveils Dual Motor and Autopilot*, Oct. 10, 2014, at 8:44–9:21, https://youtu.be/FZ6lZJWL_Xk.

less expensive models, like Subaru, Mazda, Chrysler, Mitsubishi, and Honda, had made AEB safety features available by the 2019 Model Year.[136] Tesla knew before this event, and knows of events since this one where the lack of an *effective* Automatic Emergency Braking in their vehicles allowed a crash to occur that should have otherwise been avoided or reduced in severity. Each of the above-referenced events in which the vehicle crashed into a vehicle, building, or other structure in front of it was notice to Tesla of the defect.

## TESLA'S AUTOPILOT SYSTEM LACKS APPROPRIATE SAFEGUARDS

41.     Despite Tesla's claims that its Level 2 autonomous system is safer than others on the market, the truth is, other manufacturers' systems provide substantially more safeguards than Tesla's. Tesla's Autopilot is simply a traffic aware cruise control system, sometimes called "adaptive cruise control," that has become common in today's cars.[137] Even if a car didn't initially come with one, it can be installed on many models.[138]

42.     Adaptive cruise control [ACC] uses sensors such as cameras and radar to monitor a car's speed and steering in certain traffic situations.[139] Unlike traditional cruise control, ACC assists the driver to stay within the lane, avoid other vehicles

---

[136] Austin Lott, *Least Expensive Cars With Active Safety Systems,* MOTORTREND, Apr. 22, 2015, http://motortrend.com/news/least-expensive-cars-with-active-safety-systems/; https://consumerreports.org/cro/magazine/2015/04/cars-that-can-save-your-life/index.htm.

[137] Hearst Autos Research, *Cars with Adaptive Cruise Control: Everything You Need to Know*, CAR & DRIVER 2021. https://www.caranddriver.com/research/a31996248/cars-with-adaptive-cruise-control/.

[138] *Id*.

[139] *Id*.

and barriers, and, in combination with other systems, such as Automatic Emergency Braking, helps the driver avoid mishaps.[140] These systems fall within the SAE Level 2 category.

43.     However, as pointed out above, these systems come at a cost because they reduce driver attention and delay reaction time should the systems fail.[141] To offset this problem, some manufacturers have developed ways to monitor the driver's behavior to better insure the driver is as alert as possible so that they can assume full control of the vehicle if the system fails or if road conditions are not suitable for the automation.

44.     Rather than encourage drivers to trust automated systems, as Tesla has done, others in the automotive industry diligently remind drivers that they must remain focused, with hands on the steering wheel, ready to take emergency action at all times. Conversely, Tesla discounts the need for driver monitoring because it claims, despite contrary evidence,[142] that its automated functions perform better than humans.[143] As Musk has said, "If you have a system that's at or below human level reliability, then driver monitoring makes sense. But if your system is dramatically better, more reliable than a human, then driving, monitoring is not- does not help

---

[140] *Id.*

[141] *See, e.g.*, notes 14–38, *supra.*

[142] *See, e.g.,* Russ Mitchell, *Agency Might Have Overstated Tesla Autopilot's Safety Impact*, GOV'T TECH., Feb. 14, 2019, https://www.govtech.com/fs/agency-might-have-overstated-tesla-autopilots-safety-impact.html.

[143] [21:27-24:26]   Elon   Musk:   Tesla   Autopilot   |   Lex   Fridman   Podcast   #18, https://www.youtube.com/watch?v=dEv99vxKjVI

much."[144] This rationalization is flatly unsupported by evidence showing Tesla's automated systems perform as well as humans, let alone "dramatically better." In fact, close examination of the available data suggests Tesla's automated systems perform *worse* than humans.[145]

45.    Some systems monitor the driver's direction of vision and use auditory and tactile warnings to alert the driver if their gaze wanders from the road. These systems will disconnect the autonomous features if the driver doesn't respond.[146] For instance, GM's Super Cruise has an attention tracking system in the front seat, including infrared emitters and a camera on the steering wheel that monitors eye gaze and head position, and shuts down if the driver fails to respond to visual and audible warnings.[147] Ford and Subaru have similar technology.[148] Since the crash that forms the basis of this action, Tesla has now turned on a driver monitoring camera in some of its vehicles and updated its software to recognize emergency responder vehicle lights at night.[149] Tesla added this function only *after* NHTSA

[144] *Id.*

[145] *See, e.g.*, Mitchell, *supra* note 132 ("*For the small minority of cars for which mileage data were provided both before and after Autosteer was installed, Teslas were involved in 60 percent more crashes, Whitfield concluded. That could mean cars with Autosteer were more dangerous than cars without.*").

[146] *See* Sasha Lekach, *GM's Super Cruise feels like it's self-driving, but it's not; It's dangerous to think the car is in control*, MASHABLE, Feb. 9, 2021. https://mashable.com/article/gm-super-cruise-advanced-driving-system.

[147] *Id.*

[148] *See*, Jessica Choksey, *What is Subaru DriverFocus Technology?* J.D. POWER, June 25, 2020. https://www.jdpower.com/cars/shopping-guides/what-is-subaru-driverfocus-technology.

[149] Ramey, *Tesla Autopilot Will Now Detect Emergency Lights, but Only at Night*, AUTOWEEK, Sept. 22, 2021 https://www.autoweek.com/news/green-cars/a37694444/tesla-autopilot-will-now-detect-emergency-lights-but-only-at-night/ .

launched its investigation of Tesla crashes into emergency vehicles.[150] NHTSA has

formally asked Tesla to explain why it did not comply with 49 U.S.C. § 30118 by

filing the required recall notice in connection with this update.[151]

46.     Consumer Reports now provides an annual analysis of active driving

assistance systems. Their evaluations place great emphasis on a system's ability to

monitor whether the driver is paying attention.[152] Consumer Reports' manager of

safety policy, William Wallace, stated, "The evidence is clear: If a car makes it easier

for people to take their attention off the road, they're going to do so – with potentially

deadly consequences."[153]  Wallace continued, "It's critical for active driving

assistance systems to come with safety features that actually verify drivers are

paying attention and are ready to take action at all times. Otherwise, these systems'

safety risks could end up outweighing their benefits."[154]

47.     Consumer Reports recently tested one of Tesla's latest iterations of its

"Full Self-Driving" software and reported the software lacks safeguards and warned

---

[150] *See attached* Exhibit 1, National Highway Traffic Safety Administration [NHTSA] ODI Resume for Investigation number PE 21-020.

[151] *See attached* Exhibit 3, *Letter from Gregory Magno, Chief, Vehicle Defects Division -D, Office of Defects Investigation, NHTSA, to Eddie Gates, Director, Field Quality, Tesla, Inc*., October 12, 2021. ("This recall notice must be filed with NHTSA no more than five working days after the manufacturer knew or should have known of the safety defect or noncompliance. *See* 49 C.F.R. § 573.6(b); *see also United States v. Gen. Motors Corp.,* 656 F. Supp. 1555, 1559 n.5 (D.D.C. 1987). Any manufacturer issuing an over-the-air update that mitigates a defect that poses an unreasonable risk to motor vehicle safety is required to timely file an accompanying recall notice to NHTSA pursuant to 49 U.S.C. § 30118 and 49 C.F.R. Part 573.")

[152] Mike Monticello, *Cadillac's Super Cruise Outperforms Other Driving Assistance Systems*, CONSUMER REPORTS, October 28, 2020. https://www.consumerreports.org/car-safety/cadillac-super-cruise-outperforms-other-active-driving-assistance-systems/.

[153] *Id*.

[154] *Id*.

the system's use on public roads "puts the public at risk."[155] "Videos of FSD Beta 9 in action don't show a system that makes driving safer or even less stressful," says Jake Fisher, senior director of Consumer Reports' Auto Test Center. "Consumers are simply paying to be test engineers for developing technology without adequate safety protection."[156]

48.    Tesla has released additional versions of its FSD, one in October 2021 was FSD Beta 10.3. However, only days after the release of this version, Tesla pulled it and rolled back to FSD Beta 10.2 because of "issues" including complaints of false crash warnings.[157] Even Musk now admits, "I thought the self-driving problem would be hard, but it was harder than I thought. It's not like I thought it'd be easy, I thought it would be very hard, but it was actually way harder than even that."[158]

49.    Further, Tesla uses onscreen graphics as part of its Autopilot system which appear on the large monitor used by the driver to operate many vehicle functions. Fisher is not alone in believing that "Tesla should at the very least be

[155]  David Shepardson, *Consumer Reports says Tesla's 'Full Self-Driving' software lacks safeguards*, REUTERS, July 20, 2021 https://www.reuters.com/business/autos-transportation/consumer-reports-says-Teslas-full-self-driving-software-lacks-safeguards-2021-07-20/.

[156]  Keith Barry, *Tesla's 'Full Self-Driving' Beta Software Used on Public Roads Lacks Safeguards, Consumer Reports' car safety experts worry that Tesla continues to use vehicle owners as beta testers for its new features, putting others on the road at risk*, CONSUMER REPS., July 19, 2021, https://www.consumerreports.org/car-safety/Tesla-full-self-driving-beta-software-lacks-safeguards-a6698414036/.

[157]  Richard Lawler, *Tesla pulled its latest 'Full Self Driving beta after testers complained about false crash warnings and other bugs*, THE VERGE, October 24, 2021, https://www.theverge.com/2021/10/24/22743628/elon-musk-tesla-fsd-beta-10-3-rollback-issues-phantom-fcw Last accessed 26 October 2021.

[158]  *Elon Musk: SpaceX, Mars, Tesla Autopilot, Self-Driving, Robotics, and AI | Lex Fridman Podcast #252*, Dec. 28, 2021, at [1:06:05 – 1:06:13] https://www.youtube.com/watch?v=DxREm3s1scA.

monitoring drivers in real time to ensure that they're paying attention while using new software."[159] For example, Fisher says the updated software has "impressive" onscreen graphics, but he's worried that even a brief glance by the driver at the display might be too long to prevent the system from crashing into a car or pedestrian.[160]

50.     Among the most troubling aspects of Tesla's claims that its "Autopilot" and "Full Self-Driving" features are safer than other vehicles with automated features, is that Tesla jealously guards its information as to the incidents in which the FSD system has failed.[161] For a while, Tesla required those with access to the car's FSD Early Access Program (EAP) system to sign a non-disclosure agreement that specifically prohibits them from speaking to the media or giving test rides to the media.[162] Tesla also specifically discourages its owners from sharing video of automated feature mistakes.[163] Without accurate data about incidents in which Tesla's automation system has failed, assessment of Tesla's claims of its safety become impossible to verify and therefore meaningless. Tesla's efforts to limit

---

[159] *Id.*
[160] *Id.*
[161] O'Kane, *Tesla asks owners to share fewer clips of 'Full Self-Driving' beta mistakes*, Verge, Sept. 28, 2021, https://www.theverge.com/2021/9/28/22696463/tesla-fsd-beta-nda-video-clips-controversy-full-self-driving.
[162] Aaron Gordon, *How Tesla's 'Self-Driving' Beta Testers Protect the Company From Critics*, Vice, Sept. 27, 2021, https://www.vice.com/en/article/m7ezxq/how-teslas-self-driving-beta-testers-protect-the-company-from-critics.
[163] *See* O'Kane, *supra* note 108.

public disclosure of safety information have caught the attention of NHTSA, resulting in a Special Order Directed To Tesla, Inc, issued 12 October 2021.[164]

51.     As stated by the drafters of the 18 August 2021 Letter from the U.S. Senate to the Federal Trade Commission, "Tesla and Mr. Musk's repeated overstatements of their vehicle's capabilities – despite clear and frequent warnings – demonstrate a deeply concerning disregard for the safety of those on the road and require real accountability. Their claims put Tesla drivers – and all of the travelling public – at risk of serious injury or death. In light of these concerns, we urge you to swiftly open an investigation into Tesla's repeated and overstated claims about their Autopilot and Full Self-Driving features and take appropriate enforcement action to prevent further injury or death as a result of any Tesla feature."[165]

## THE PARTIES, JURISDICTION & VENUE

52.     At the time of his death, Karl Seelandt was a California resident and domiciliary who lived with his wife in Santa Barbara County, California.

53.     At the time of her death, Mary Lou Seelandt was a California resident and domiciliary who lived with her husband in Santa Barbara County, California.

54.     All potential beneficiaries of a recovery for wrongful death and their relationship to the deceased are identified as follows:

---

[164]   *See* Exhibit 4, note 25, *supra*.
[165]   *See* Exhibit 2, 18 August 2021 Letter from the United States Senate to The Honorable Lina Khan, Chair, Federal Trade Commission.

    a) The Estate of Karl Seelandt and Mary Lou Seelandt c/o the Personal Representative;

    b) Michael Seelandt, surviving child of Karl Seelandt and Mary Lou Seelandt;

    c) Richard Seelandt, surviving child of Karl Seelandt and Mary Lou Seelandt.

55.    At all times material hereto, Defendant, TESLA, INC. ("Tesla"), is a Delaware corporation with its principal place of business located in Austin, Texas.

56.    Tesla may be served with process through its registered agent, CT Corporation System, at 1200 South Pine Island Road, Plantation, FL 33324.

57.    Jurisdiction is based on diversity of citizenship pursuant to U.S.C. § 1332, as this an action for damages that exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest, costs, and attorneys' fees, and therefore within the jurisdictional requirements of this Honorable Court.

58.    Pursuant to 28 U.S.C. § 1391(b)(2), an action may be brought in a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. The acts and omissions alleged in this Complaint occurred in Gainesville, Florida.

59.    At all times relevant herein, Tesla was regularly doing business within the State of Florida and sold products within the State of Florida that it marketed, inspected, serviced, and sold.

60.     Tesla regularly solicits business or engages in other persistent courses of conduct and derives substantial revenue from goods used or consumed or services rendered to persons in and from the State of Florida.

61.     Tesla expects and should reasonably expect its acts to have consequences in Florida and derives substantial revenue from commerce with citizens and residents of the State of Florida as well as from interstate commerce.

62.     Tesla regularly transacts business with citizens and residents of the State of Florida and contracts to supply its goods and services to the State of Florida.

## FACTS

63.     Tesla is engaged in the business of and derives substantial profit from designing, engineering, manufacturing, assembling, producing, servicing, marketing, advertising, promoting, distributing, and selling electric motor vehicles and the components and systems used to manufacture and assemble electric motor vehicles.

64.     Tesla designed, engineered, manufactured, assembled, produced, distributed, and sold the Subject Vehicle and its components and systems.

65.     Tesla sold, distributed, and delivered the Subject Vehicle in finished condition directly to the Seelandt family with the purpose and expectation that the Seelandt family would use the Subject Vehicle.

66.    As sold to the Seelandt family, the Subject Vehicle was equipped with several crash avoidance and crash mitigation features and technologies that are designed to prevent collisions and assist drivers in operating their Tesla vehicles.

67.    The crash avoidance and crash mitigation features and technologies include automatic emergency braking, front collision warning, side collision warning, obstacle aware acceleration, blind spot monitoring, lane departure avoidance, emergency lane departure avoidance, and myriad radar, sonar, cameras, and sensors that are designed to detect and prevent collisions with other vehicles.

68.    On July 6, 2022, the Seelandt family was driving the Subject Vehicle on Interstate-75 in Alachua County, Florida.

69.    While the Seelandt family was operating the Subject Vehicle as intended and designed, the Subject Vehicle malfunctioned and crashed into the back of a parked semi-truck. Pictured below:



70.     The Seelandt family suffered devastating blunt force injuries in the collision and ultimately perished.

71.     The Subject Vehicle was defective in its design, manufacture, and warning.

72.     The Subject Vehicle's defective condition actually and proximately caused the Seelandt family's injuries and death.

## <u>COUNT I— STRICT LIABILITY</u>

73.     Plaintiff adopts and re-alleges paragraphs 1-72 above and incorporates them as if fully stated verbatim herein.

74.     Tesla is in the business of designing, engineering, manufacturing, assembling, producing, distributing, and selling vehicles, including the Subject Vehicle.

75.     Tesla expected the Subject Vehicle to encounter consumers, including the Seelandt family, without substantial change in the condition in which the Subject Vehicle was tested, inspected, marketed, distributed, sold, and supplied by Tesla.

76.     The Subject Vehicle was distributed, sold, and/or supplied by Tesla in a defective and unreasonably dangerous condition.

77.     The Subject Vehicle was in a defective and unreasonably dangerous condition at the time of the incident by reason of defects in its design, manufacture, and warnings.

78.     The Subject Vehicle's defective condition rendered it unreasonably dangerous for its intended and foreseeable uses.

79.     The Subject Vehicle's defective and unreasonably dangerous condition existed at the time the Subject Vehicle left Tesla's final possession, custody, and control, and the Subject Vehicle remained substantially unchanged in this condition when the Subject Vehicle was sold to the Seelandt family.

80.     At all times material hereto, the Subject Vehicle was used in a reasonable and foreseeable manner.

81.     The Subject Vehicle's defective condition actually and proximately caused injury and damage to Plaintiff and the Seelandt family.

82.     By reason of the foregoing, Tesla is strictly liable to Plaintiff for compensatory damages and all other damages as specified in Florida's Wrongful Death Act. Fla. Stat. 768.20, together with interest all such other relief as the Court deems proper.

## COUNT II—NEGLIGENCE

83.     Plaintiff adopts and re-alleges paragraphs 1-72 above and incorporates them as if fully stated verbatim herein.

84.     Tesla is in the business of designing, engineering, manufacturing, assembling, producing, distributing, and selling vehicles, including the Subject Vehicle.

85.     Tesla owed a duty to properly design, manufacture, assemble, produce, distribute, and sell the Subject Vehicle such that it was in a safe condition and without defect.

86.     Tesla owed a duty to adequately test, inspect, and assure the quality of the subject Vehicle before placing it into the stream of commerce.

87.     Tesla owed a duty to provide adequate warnings, instructions, and information with the subject go-kart before placing it into the stream of commerce.

88.     Tesla breached the above duties.

89.    Tesla's breach of the above duties actually and proximately caused injury and damage to Plaintiff and the Seelandt family.

90.    By reason of the foregoing, Tesla is negligent and thus liable to Plaintiff for compensatory damages and all other damages as specified in Florida's Wrongful Death Act. Fla. Stat. 768.20, together with interest all such other relief as the Court deems proper.

## COUNT III—BREACH OF IMPLIED WARRANTY

91.    Plaintiff adopts and re-alleges paragraphs 1-72 above and incorporates them as if fully stated verbatim herein.

92.    Tesla is in the business of designing, engineering, manufacturing, assembling, producing, distributing, and selling vehicles, including the Subject Vehicle.

93.    There is privity between the Seelandt family and Tesla.

94.    Tesla owed a duty to provide adequate warnings, instructions, and information with the Subject Vehicle before distributing the Subject Vehicle to the Seelandt family.

95.    Tesla warranted and represented safe operations and performance of the Subject Vehicle to the Seelandt family. Such warranties and representations included specific representations that the Subject Vehicle was fit for the purposes it was intended to be used.

96.     Tesla's lack of inspection, testing, or quality control in connection with the Subject Vehicle's performance, coupled with its representations and warranties about safe performance, rendered the Subject Vehicle unreasonably dangerous and unfit for ordinary purposes intended and expected by ordinary customers, including the Seelandt family.

97.     The Subject Vehicle failed to perform safely as warranted and represented by Tesla.

98.     The Subject Vehicle failed to conform to representations of fact made by Tesla, orally or in writing, in connection with the transaction on which the Seelandt family relied.

99.     The Subject Vehicle was defective and not reasonably fit for either the uses intended or the uses reasonably foreseeable by the Seelandt family.

100.   The Subject Vehicle was unmerchantable and not reasonably fit for the specific purpose for which Tesla knowingly sold the product and for which, in reliance on the judgment of Tesla, the Seelandt family transacted with Tesla to purchase the Subject Vehicle.

101.   For the reasons set above, the Subject Vehicle was unmerchantable and unreasonably dangerous to foreseeable users and/or bystanders, including the Seelandt family, who came into contact with the Subject Vehicle in an ordinary and foreseeable manner.

102.   At all times material hereto, the Subject Vehicle was used in a reasonable and foreseeable manner.

103.   The defects and unmerchantability described above directly and proximately caused the subject incident and injuries to Plaintiff and the Seelandt family.

104.   By reason of the foregoing, Tesla is liable to Plaintiff for breaching of the implied warranty of merchantability for compensatory damages and all other damages as specified in Florida's Wrongful Death Act. Fla. Stat. 768.20, together with interest all such other relief as the Court deems proper.r.

## **REQUEST FOR RELIEF**

105.   **WHEREFORE**, Plaintiff, ROBERT JONES, as the Executor de son Tort for the Pending Estates of KARL SEELANDT and MARY LOU SEELANDT, Deceased, respectfully requests that the Court enter judgment in their favor and against Tesla as follows:

    a.    For an award of damages, including nominal and compensatory damages, including past and future pain and suffering, past and future treatment costs, and other amounts as allowed by law and in an amount to be determined;

    b.    For an award of punitive damages as allowed by law and in an amount to be determined;

    c.    For an award of attorneys' fees, costs, and litigation expenses, as allowed by law;

d.      For prejudgment interest on all amounts awarded; and

e.      Such other and further relief as this Court may deem just and proper.

## DEMAND FOR JURY TRIAL

The undersigned hereby demands a trial by jury on all issues so triable.

Dated: May 24, 2023

Respectfully submitted,

MORGAN & MORGAN

*/s/ Harris I. Yegelwel*
**HARRIS I. YEGELWEL, ESQ.**
Florida Bar No.: 124285
**Morgan & Morgan, P.A.**
20 North Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414
Email: hyegelwel@forthepeople.com
Secondary Email:
afriedman@forthepeople.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE – CM/ECF

I hereby certify that on May 24, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which furnished a copy to all counsel of record.

*/s/ Harris I. Yegelwel*
**HARRIS I. YEGELWEL, ESQ.**