**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

ROBERT JONES, as Executor de son
Tort for the Pending Estate of KARL
SEELANDT, Deceased, and as Executor
de son Tort for the Pending Estate of
MARY LOU SEELANDT, Deceased,

      Plaintiff,

vs.                                CASE NO.: 1:23-cv-00061-MW-HTC

TESLA, INC.,

      Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant Tesla, Inc. (hereinafter, "Tesla"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 6, hereby respectfully moves the Court for the entry of an Order extending the deadline for Tesla to respond to Plaintiff's First Amended Complaint by fourteen (14) days. In support thereof, Tesla states as follows:

1.      On March 21, 2023, Plaintiff filed his Complaint in this action. (Doc. 1).

2.      On May 10, 2023, Tesla filed its Motion to Dismiss and Motion to Strike Plaintiff's Complaint. (Doc. 4).

3.      On May 24, 2023, Plaintiff filed his First Amended Complaint. (Doc. 7). This rendered Tesla's Motion moot. (Doc. 8).

4.      Tesla's response to the First Amended Complaint is due June 7, 2023.

5.      Tesla respectfully requests a fourteen (14) day extension to respond to Plaintiff's First Amended Complaint until June 21, 2023.

6.      Pursuant to Fed. R. Civ. P. 6(b), the Court may extend a period of time for good cause when a request is made prior to the expiration of time originally allowed. The Court also has the inherent discretion to control its docket to allow for the orderly processing of matters before it. *See Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002).

7.      Good cause exists to extend the response deadline in this case. Specifically, while the original Complaint was twelve (12) pages and sixty (60) paragraphs (Doc. 1), the First Amended Complaint is forty-three (43) pages with one-hundred and five (105) paragraphs of allegations, including one-hundred and sixty-five (165) footnotes. (Doc. 7).[1] In order to properly address these numerous allegations and frame an appropriate responsive pleading, Tesla requires additional time.

8.      The parties will not be prejudiced by the extension and it will not cause any significant delay in the prosecution of this action.

---

[1] The original Complaint did not have any footnotes.

WHEREFORE, Defendant Tesla, Inc. requests a fourteen (14) day extension to June 21, 2023 to respond to Plaintiff's First Amended Complaint, together with such other and further relief as the Court deems just and proper.

### LOCAL RULE 7.1(B) CERTIFICATION

Tesla, Inc. hereby certifies that its counsel has conferred with the opposing party regarding the relief sought and Plaintiff's counsel does not oppose the requested relief.

### WORD LIMIT CERTIFICATION

Pursuant to Local Rule 7.1(F), undersigned counsel certifies that this motion contains 535 words, inclusive of all parts.

### CERTIFICATE OF SERVICE – CM/ECF

I HEREBY CERTIFY that on June 7, 2023, I electronically filed the foregoing with the Clerk of the Court by using the *CM/ECF* system, which will furnish a copy to all counsel of record.

*/s/ Nicole Walsh*
Robert M. Fulton
Florida Bar No. 0008516
Nicole Walsh
Florida Bar No. 111961
Hill, Ward & Henderson, P.A.
Post Office Box 2231
Tampa, FL  33601
bob.fulton@hwhlaw.com
nicole.walsh@hwhlaw.com
Tel:  (813) 221-3900
*Attorneys for Defendant Tesla, Inc.*

3