UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| ROBERT JONES, as Executor de son Tort for the Pending Estate of KARL SEELANDT, Deceased, and as Executor de son Tort for the Pending Estate of MARY LOU SEELANDT, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC.<br><br>Defendant. | Case No.1:23-cv-00061-MW-HTC<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, by and through the undersigned attorneys, hereby give notice that the above-styled action is voluntarily dismissed, without prejudice, against the Defendant, with each party to bear their own costs and attorneys' fees.

Dated: June 9, 2023

/s/ *Harris I. Yegelwel*
**HARRIS I. YEGELWEL, ESQ.**
Florida Bar No.: 124285
**Morgan & Morgan, P.A.**
20 North Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414

1

Email: hyegelwel@forthepeople.com
Secondary Email:
afriedman@forthepeople.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE – CM/ECF**

I hereby certify that on June 9, 2023, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which furnished a copy to all counsel of record.

*/s/ Harris I. Yegelwel*
**HARRIS I. YEGELWEL, ESQ.**